FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* August 21, 2026 *
BROOKLYN OFFICE

NJM:AFM
F. #2020R00582

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

- against -

MOISES LUIS ZAGALA GONZALEZ,
also known as "Nosophoros,"
"Aesculapius" and
"Nebuchadnezzar,"

Defendant.

---------------------------X

INDICTMENT

Cr. No. 26-CR-250
(T. 18, U.S.C., §§ 371, 982(a)(2)(B), 982(b)(1), 1030(a)(5)(A), 1030(a)(7)(C), 1030(b), 1030(c)(3)(A), 1030(c)(4)(B), 1030(i)(1), 1030(i)(2), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

Judge Frederic Block
Magistrate Judge Vera M. Scanlon

THE GRAND JURY CHARGES:

COUNT ONE
(Attempted Computer Intrusion)

1. In or about and between April 2019 and May 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MOISES LUIS ZAGALA GONZALEZ, also known as "Nosophoros," "Aesculapius" and "Nebuchadnezzar," together with others, did knowingly attempt to cause the transmission of a program, information, code and command and, as a result of such conduct, intentionally cause damage without authorization to a protected computer, resulting in losses in excess of $5,000 and damage affecting ten or more protected computers during a one-year period; and did, with intent to extort from one or more persons any money and other things of value, attempt to transmit in interstate and foreign commerce a demand and request for money and other things of value in

relation to damage to a protected computer, where such damage was caused to facilitate the extortion.

(Title 18, United States Code, Sections 1030(a)(5)(A), 1030(a)(7)(C), 1030(b), 1030(c)(3)(A), 1030(c)(4)(B), 2 and 3551 et seq.)

COUNT TWO
(Conspiracy to Commit Computer Intrusions)

2. In or about and between April 2019 and May 2022, both dates being approximate and inclusive, within the Eastern District of New York, the defendant MOISES LUIS ZAGALA GONZALEZ, also known as "Nosophoros," "Aesculapius" and "Nebuchadnezzar," together with others, did knowingly and willfully conspire (a) to cause the transmission of a program, information, code and command and, as a result, intentionally cause damage without authorization to a protected computer, resulting in losses in excess of $5,000 and damage affecting ten or more protected computers during a one-year period; and (b) with intent to extort from one or more persons any money and other things of value, to transmit in interstate and foreign commerce a demand for money and other things of value in relation to damage to a protected computer, where such damage was caused to facilitate the extortion, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(a)(7)(C), 1030(c)(3)(A) and 1030(c)(4)(B).

3. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant MOISES LUIS ZAGALA GONZALEZ, also known as "Nosophoros," "Aesculapius" and "Nebuchadnezzar," together with others, did commit and cause to be committed, among others, the following overt acts:

OVERT ACTS

(a) On or about December 29, 2021, ZAGALA wrote a public posting in an online forum advertising a tool for obtaining administrator-level privileges on a victim's computer without the victim becoming aware.

(b) On or about January 6, 2022, ZAGALA wrote a public posting in an online forum advertising a tool for enabling malicious software to evade virus scanners.

(c) In or around and between March 2022 and April 2022, ZAGALA and a co-conspirator, an individual whose identity is known to the Grand Jury, communicated on an online forum regarding features and pricing for ZAGALA's ransomware.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i)(1), which require any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses; and (b) such person's interest in any personal property that was used or intended to be used to commit or to facilitate the commission of such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1030(i)(2), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(2)(B), 982(b)(1), 1030(i)(1) and 1030(i)(2); Title 21, United States Code, Section 853(p))

A TRUE BILL

/s/

FOREPERSON

By David Pitluck, Assistant U.S. Attorney
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK